## Commonwealth v. Hoak, Appellant.

Submitted November 13, 1970. *H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Howard, Appellant.

Submitted November 13, 1970. *George W. Schroeck,* for appellant; *Robert B. McCullough,* Assistant District Attorney, and *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Hunt, Appellant.

Argued December 11, 1970. *Harold B. Vikoren,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.